UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| THEODORE STAIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 7:18-cv-147-D** |
| ) | |
| RORY CALHOUN, ESQ., ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 5]. Stair's application to proceed in forma pauperis [D.E. 1] is GRANTED and Stair's complaint is DISMISSED as frivolous.

**This Judgment Filed and Entered on December 18, 2018, and Copies To:**

Theodore Stair                                (Sent to 310 Michelle Lane Rocky Point, NC 28457 via US Mail)

DATE:                                         PETER A. MOORE, JR., CLERK

December 18, 2018                             (By) /s/ Nicole Sellers
                                              Deputy Clerk